UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**CHRIS BURROW and**
**TAMMY SPEECE**                                                              **PLAINTIFFS**

**v.**                         **CASE NO. 2:08-CV-00017 BSM**

**BOOKER T. MOODY, JR. and**
**HANEY TRUCKING INC.**                                                       **DEFENDANTS**

## ORDER OF DISMISSAL

On January 12, 2009, the parties appeared before United States Magistrate Judge H. David Young, and reached a settlement. The parties have informed the court that dismissal with prejudice is appropriate at this time.

Accordingly, this case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 20th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE